UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LINDA MASTERPOLE,

         Plaintiffs,

    v.

COSTCO WHOLESALE CORPORATION,

         Defendants.

Case No.  21-cv-06952-SI  (SI)

**PRETRIAL SCHEDULING ORDER (CIVIL)**

It is hereby **ORDERED** pursuant to F.R.C.P. and the Local Rules of this Court:

FURTHER CASE MANAGEMENT: 11/17/2023 at 3:00 PM.
Counsel *must* file a joint case management statement seven days in advance of the conference.

DEADLINE FOR AMENDMENT OF THE PLEADINGS:

DISCOVERY PLAN: Per F.R.Civ.P and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF is: 11/16/2023.

DESIGNATION OF EXPERTS:  12/16/2023; Parties **SHALL** conform to Rule 26(a)(2).

EXPERT DISCOVERY CUTOFF is: 2/2/2024.

PRETRIAL PAPERWORK DUE:  4/9/2024
PRETRIAL CONFERENCE DATE: 4/23/2024 at 1:30 PM.

JURY TRIAL DATE: 5/6/2024 at 8:30 AM.
    Courtroom 1, 17th floor.

TRIAL LENGTH is estimated to be 10 days.

SPECIAL DISCOVERY AND PRETRIAL PROVISIONS:

The pretrial conference **SHALL** be attended by trial counsel prepared to discuss all aspects of the case, including settlement.  Parties **SHALL** conform to the attached instructions. Plaintiff is ORDERED to serve a copy of this order on any party subsequently joined in this action.

**IT IS SO ORDERED**.

Dated: August 28, 2023

_____
SUSAN ILLSTON
United States District Judge